UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  
HAROLD L ROBERTSON,  
DEBTOR.  
_____/

CHAPTER 13  
CASE NO. 16-53873-MAR  
JUDGE MARK A RANDON

### TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES** the Chapter 13 Trustee, Krispen S. Carroll, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E. D. Mich. LBR 3015-3(a) as follows:

1. Trustee requests a copy of the land contract.

2. Trustee requests letters of offset by the Internal Revenue Service.

3. The Trustee objects to the allowance of attorney fees through the Order Confirming Plan and requests that debtor's counsel file a fee application based on the amount of fees requested.

4. Trustee notes that debtor is required to file a DSO certification to obtain confirmation pursuant to 11 U.S.C. § 1325(a)(8).

**WHEREFORE**, the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtor's Chapter 13 Plan.

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
KRISPEN S. CARROLL, CHAPTER 13 TRUSTEE

December 14, 2016
/s/ Maria Gotsis
Krispen S. Carroll (P49817)
Margaret Conti Schmidt (P42945)
Maria Gotsis (P67107)
719 Griswold Street, Ste 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:             CHAPTER 13
HAROLD L ROBERTSON,        CASE NO. 16-53873-MAR
DEBTOR.                            JUDGE MARK A RANDON
_____/

### CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

MARRS & TERRY PLLC
6553 JACKSON RD
ANN ARBOR, MI 48103-0000

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

HAROLD L ROBERTSON
1061 RUTH AVE
YPSILANTI, MI 48198-0000


December 14, 2016            /s/ Barbara A. Ecclestone
                                Barbara A. Ecclestone
                                For the Office of the Chapter 13 Trustee-Detroit
                                719 Griswold Street, Ste 1100
                                Detroit, MI 48226
                                (313) 962-5035
                                notice@det13ksc.com