UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:　　　　　　　　　　　CHAPTER 13
HAROLD L ROBERTSON,　　　　　　　　CASE NO. 16-53873-MAR
DEBTOR.　　　　　　　　　　　　　　　　JUDGE MARK A RANDON
_____/

### TRUSTEE'S SUPPLEMENTAL OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

NOW COMES the Chapter 13 Trustee, Krispen S. Carroll, and supplements her objections to confirmation of the Chapter 13 Plan in the above matter pursuant to E. D. Mich. LBR 3015-3(a) as follows:

1. Trustee objects to debtor's treatment of Marguerite Bonner in Classes 4.1 and 4.2 of the Chapter 13 Plan where the land contract expired December 1, 2015. Trustee questions if debtor entered into a formal extension of this land contract.

WHEREFORE, the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtor's Chapter 13 Plan.

　　　　　　　　　　　　　　　　OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
　　　　　　　　　　　　　　　　KRISPEN S. CARROLL, CHAPTER 13 TRUSTEE

January 4, 2017　　　　　　　　_____/s/ Maria Gotsis_____
　　　　　　　　　　　　　　　　Krispen S. Carroll (P49817)
　　　　　　　　　　　　　　　　Margaret Conti Schmidt (P42945)
　　　　　　　　　　　　　　　　Maria Gotsis (P67107)
　　　　　　　　　　　　　　　　719 Griswold Street, Ste 1100
　　　　　　　　　　　　　　　　Detroit, MI 48226
　　　　　　　　　　　　　　　　(313) 962-5035
　　　　　　　　　　　　　　　　notice@det13ksc.com

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| IN THE MATTER OF:<br>HAROLD L ROBERTSON,<br>DEBTOR. <br>_____/ | CHAPTER 13<br>CASE NO. 16-53873-MAR<br>JUDGE MARK A RANDON |

### CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S SUPPLEMENTAL OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

MARRS & TERRY PLLC
6553 JACKSON RD
ANN ARBOR, MI 48103-0000

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

HAROLD L ROBERTSON
1061 RUTH AVE
YPSILANTI, MI 48198-0000

| | |
|---|---|
| January 4, 2017 | /s/ Barbara A. Ecclestone<br>Barbara A. Ecclestone<br>For the Office of the Chapter 13 Trustee-Detroit<br>719 Griswold Street, Ste 1100<br>Detroit, MI 48226<br>(313) 962-5035<br>notice@det13ksc.com |