**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN THE MATTER OF:                            CHAPTER 13
HAROLD L ROBERTSON,                    CASE NO. 16-53873-MAR
DEBTOR.                                            JUDGE MARK A RANDON
_____/

### TRUSTEE'S SUPPLEMENTAL OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES** the Chapter 13 Trustee, Krispen S. Carroll, and supplements her objections to confirmation of the Chapter 13 Plan in the above matter pursuant to E. D. Mich. LBR 3015-3(a) as follows:

1.      Trustee objects to debtor's request to excuse Plan payments in the amount of $2,945.00 in Part I.B. of the amended Chapter 13 Plan where debtor failed to state a valid basis to do so.

2.      Trustee objects to debtor's proposed Plan payments, as they are greater than debtor's best effort as indicated on Schedule J.

3.      As debtor's entire budget is only $576.00 per month excluding auto insurance and support, Trustee questions the feasibility of debtor's Chapter 13 Plan pursuant to 11 U.S.C. § 1325(a)(6).

4.      Trustee notes two amended Plans were filed two minutes apart.  Trustee questions if the second Plan was filed in error.

**WHEREFORE,** the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtor's Chapter 13 Plan.

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
KRISPEN S. CARROLL, CHAPTER 13 TRUSTEE

February 22, 2017

_____/s/ Maria Gotsis_____
Krispen S. Carroll (P49817)
Margaret Conti Schmidt (P42945)
Maria Gotsis (P67107)
719 Griswold Street, Ste 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN THE MATTER OF:                              CHAPTER 13
HAROLD L ROBERTSON,                        CASE NO. 16-53873-MAR
DEBTOR.                                              JUDGE MARK A RANDON
_____/

### CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S**

**SUPPLEMENTAL OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** with the Clerk of the

Court using the ECF system which will send notification of such filing to the following:

MARRS & TERRY PLLC
6553 JACKSON RD
ANN ARBOR, MI  48103-0000

and I hereby certify that I have mailed by United States Postal Service the above

mentioned documents to the following non-ECF participants:

HAROLD L ROBERTSON
1061 RUTH AVE
YPSILANTI, MI  48198-0000


February 22, 2017                    _____/s/ Barbara A. Ecclestone_____
                                              Barbara A. Ecclestone
                                              For the Office of the Chapter 13 Trustee-Detroit
                                              719 Griswold Street, Ste 1100
                                              Detroit, MI  48226
                                              (313) 962-5035
                                              notice@det13ksc.com