UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:                   CHAPTER 13
HAROLD L ROBERTSON,           CASE NO. 16-53873-MAR
DEBTOR.                                  JUDGE MARK A RANDON
_____/

## AFFIDAVIT OF THE CHAPTER 13 TRUSTEE

STATE OF MICHIGAN )
                       )SS
COUNTY OF WAYNE )

    NOW COMES, Krispen S. Carroll, Margaret Conti Schmidt or Maria Gotsis for the Chapter 13 Trustee, and declares under penalty of perjury that the following statements are true and correct to the best of her knowledge, information and belief:

    1.     That she is the duly appointed Trustee in the above captioned Chapter 13 proceedings or is a staff attorney for the Trustee.

    2.     That the records of the Trustee have been thoroughly reviewed with regard to the above matter before this Affidavit was taken.

    3.     That the Order Adjourning Hearing by entered on March 6, 2017 required the debtor to file an amended Plan or motion to incur debt and provide documentation regarding his request to excuse missed payments on or before March 29, 2017, which the Debtor failed to do.

Page 1 of 2

FURTHER, deponent saith not.

/s/ Maria Gotsis
Krispen S. Carroll (P49817)
Margaret Conti Schmidt (P42945)
Maria Gotsis (P67107)
Chapter 13 Trustee
719 Griswold, Suite 1100
Detroit, MI 48226
313/962-5035
notice@det13ksc.com

Subscribed and sworn to before me this
5th day of April, 2017

/s/ Barbara A. Ecclestone
Barbara A. Ecclestone, Notary Public
Washtenaw County, Michigan (Acting in Wayne)
My Commission Expires: 7/10/2020